UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Chester H. Hall, Jr.

       v.

Bank of America, N.A., et al.

Civil No. 13-cv-387-JD

### J U D G M E N T

In accordance with the Joint Stipulation of Dismissal filed by the parties on October 5, 2013, and the Order dated June 11, 2014, by District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.

By the Court,

_____
Daniel J. Lynch
Clerk of Court

Date: June 11, 2014

cc:    Stephen T. Martin, Esq.
        Thomas J. Pappas, Esq.
        Jennifer Turco Beaudet, Esq.
        David W. Rayment, Esq.
        Mark Sutherland Derby, Esq.