# United States Court of Appeals
## For the First Circuit

_____

No. 14-1758

CHESTER H. HALL, JR.

Plaintiff - Appellant

v.

BANK OF AMERICA, N.A., d/b/a Bank of America, National Association, d/b/a Bank of America; FEDERAL HOME LOAN MORTGAGE CORPORATION, d/b/a Federal Home Loan Mortgage Association, a/k/a Freddie Mac; FEDERAL HOUSING FINANCE AGENCY

Defendants - Appellees

_____

**JUDGMENT**

Entered: December 17, 2014
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Stephen T. Martin
Thomas J. Pappas
William Philpot Jr.
Jennifer Turco Beaudet
Elizabeth Timkovich
Phoebe N. Coddington
David W. Rayment
Mark Sutherland Derby